DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 183P12 | State v. Doyle Hoyle Dockery, aka Doyle Hoyte Dockery | 1. Def's NOA Based Upon a Constitutional Question (COA11-961) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 185P12 | Victor Howard v. Midland Mortgage Co. | Plt's *Pro Se* Motion for NOA (COA12-246) | Denied |
| 186P12 | State v. James Tyler Ellerbe | Def's *Pro Se* PWC to Review Order of COA (COAP11-366) | Dismissed |
| 187P12 | State v. Robert Wayne Smith | Def's *Pro Se* Motion for Appropriate Relief | Dismissed |
| 191P12 | State v. Anthony Junior Barnhill | Def's *Pro Se* Motion for PDR (COAP11-1056) | Denied<br><br>**Jackson, J., Recused** |
| 194P12 | State v. Kent Hammonds | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-163) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 195P12 | Friends of Joe Sam Queen, a Political Committee v. Ralph Hise for NC Senate, a Political Committee; and North Carolina Republican Party, a Political Committee | Defs' PDR Prior to Determination by COA | Denied |
| 196P12 | State v. Allan Comeaux | 1. State's Motion for Temporary Stay (COA11-1289) | 1. Allowed **05/03/12**; Dissolved the Stay **06/13/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. - - - |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. - - - |
| | | 4. State's Motion to Withdraw PDR and *Writ of Supersedeas* | 4. Allowed |